IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CALVIN LYDELL MOORE                                                                                      PLAINTIFF

v.                                  Case No. 2:13-CV-02087

BILL HOLLENBECK, Sheriff, Sebastian County, Arkansas                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Defendants' motion to dismiss (Doc. 15) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 16th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE